## J. W. Goggin, Defendant in Error, v. Western Union Telegraph Company, Plaintiff in Error.

### Gen. No. 18,385.    (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. JOHN R. NEW-COMER, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1912. Affirmed. Opinion filed October 14, 1913.

### Statement of the Case.

Action by J. W. Goggin against Western Union Telegraph Company for damages due to a mistake in transmitting a telegram. From a judgment for plaintiff, defendant brings error. .

WEST & ECKHART, for plaintiff in error.

GEORGE M. WEICHELT, for defendant in error.

MR. JUSTICE CLARK delivered the opinion of the court.

### Abstract of the Decision.

MUNICIPAL COURT OF CHICAGO, § 28*—*when propositions of law are necessary.* Under section 61 of the Practice Act, J. & A. ¶ 8598, as to tendering propositons of law to be passed upon, which section has been adopted by the rules of the Municipal Court, such propositions are necessary to save questions for review.

*See Illinois Notes Digest, Vols. XI to XIV, same topic and section number.